Winston CONWAY and Hilda F. Manus, Appellants, v. Luther WHITE, Jr., a Minor, by Luther White, Sr., his Father and Next Friend, Appellee.

No. 9662.

United States Court of Appeals District of Columbia Circuit.
Argued Feb. 10, 1949.

Decided Feb. 21, 1949.

Mr. Saul G. Lichtenberg, of Washington, D. C., for appellants.

Mr. Eugene X. Murphy, of Washington, D. C., for appellee.

Before EDGERTON, PRETTYMAN, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.